\*\*E-filed 12/22/06\*\*

1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169496)
2  LEONARD D. GREENE (SBN 236463)
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA  94105
   Telephone:  (415) 433-0990
5  Facsimile:  (415) 434-1370

6  Attorneys for Plaintiff
   **PRINCIPAL LIFE INSURANCE COMPANY**
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THADDEUS S. BALLANTINE; and ACIES ENGINEERING,<br><br>Defendants. | Case No. **C06-02633 JF**<br><br>[~~PROPOSED~~] **ORDER RE: PLAINTIFF PRINCIPAL LIFE INSURANCE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT THADDEUS S. BALLANTINE AND FOR AWARD OF COSTS** |

1

USDC NDCA Case No.: **C06-02633 JF**
[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR AWARD OF COSTS
226763.1

Plaintiff Principal Life Insurance Company's Motion for Entry of Default Judgment as to Defendant Thaddeus S. Ballantine, including an award of costs came on regularly for hearing before Judge Jeremy Fogel on December 8, 2006 at 9:00 a.m. in Courtroom 3 of this Court, located at 280 South First Street, San Jose, California. The Court, having considered all papers filed in support of and in opposition to the motion, the arguments of counsel at the hearing on the motion, and all pleadings and evidence filed in this action, and proof having been made to the satisfaction of the Court, rules as follows:

1. Principal Life's Complaint for Declaratory Relief and Rescission was properly filed in this Court on or about April 19, 2006;

2. Principal Life's Complaint properly pleads causes of action for rescission and declaratory relief;

3. Defendant Thaddeus S. Ballantine was properly served with the summons and complaint when he executed the Waiver of Service of Summons, on or about May 8, 2006;

4. Defendant Ballantine was required to plead, or otherwise respond, to Principal Life's Complaint on or before July 7, 2006;

5. Defendant Ballantine has neither pled, nor filed a responsive pleading to Principal Life's Complaint;

6. A Default Judgment against Ballantine shall be entered in this action and Principal Life designated the prevailing party as to Defendant Ballantine;

7. Defendant Ballantine is permanently enjoined from instituting or prosecuting any proceeding in any State, or United States, Court against Principal Life with respect to the Policy that is the subject of this action;

8. Principal Life was entitled to rescind the policy on January 20, 2006 due to material misrepresentations by Thaddeus Ballantine in his application for

2

USDC NDCA Case No.: **C06-02633 JF**
[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR AWARD OF COSTS
226763.1

the Disability Buy-Out Policy;  and

      9.    Principal Life is awarded its costs of suit incurred in this action which total $ 462.75.

**IT IS SO ORDERED.**

Dated:    12/22/06

_____
United States District Judge

3

USDC NDCA Case No.:  **C06-02633 JF**
[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR AWARD OF COSTS
226763.1