**E-filed 2/28/07**

1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169496)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff
6  **PRINCIPAL LIFE INSURANCE COMPANY**

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

12

13  PRINCIPAL LIFE INSURANCE          )   Case No. C-06-02633 JF
14  COMPANY,                          )
                                      )
15            Plaintiff,              )   **JOINT STIPULATION FOR DISMISSAL**
                                      )   **WITH PREJUDICE**
16        v.                          )
                                      )
17  THADDEUS S. BALLANTINE; and       )
    ACIES ENGINEERING,                )
18                                    )
            Defendants.               )
19                                    )
                                      )
20                                    )
                                      )
21

22

23

24

25

26

27

28

                                    1

1    The remaining parties, Principal Life and ACIES Engineering Inc., having reached a

2    settlement of this case, **IT IS HEREBY STIPULATED**, that this case be dismissed with prejudice,

3    these parties to bear their own costs as to each other.

4

5    Dated:                                    RUTAN & TUCKER, LLP

6    2 / 17 / 0 6

7

8    By: _____

9        PAUL E. RICE
         Attorneys for Defendant
         **ACIES ENGINEERING, INC.**

10

11   Dated:  2 / 13 / 0 6                      WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                   & DICKER LLP
12

13

14   By: _____

15       ADRIENNE C. PUBLICOVER
         MICHAEL K. BRISBIN
16       Attorneys for Plaintiff
         **PRINCIPAL LIFE INSURANCE COMPANY**

17

18

19

20

21

22

23

24

25

26

27

28

---

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
USDC NDCA Case No.:  C-06-02633 JF
265581.1

1

## <u>ORDER</u>

2

3          Good cause appearing, **IT IS HEREBY ORDERED** that this case be dismissed with
prejudice, with Principal Life Insurance Company and ACIES Engineering Inc., to bear their own
costs as to each other.

4

5     Dated:   __2/28/07____                    _____

6                                               HONORABLE JEREMY FOGEL
                                                UNITED STATES DISTRICT COURT,
7                                               NORTHERN DISTRICT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
USDC NDCA Case No.:  C-06-02633 JF
265581.1